IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KUNIO TERAMURA                                                               PLAINTIFF

vs.                                  Case No. 12-5244

WALGREEN CO, et al                                                          DEFENDANT

## CLERK'S ORDER OF DISMISSAL

On this 23rd day of June, 2014, the parties hereto having filed a Stipulation of

Dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure.

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

CHRISTOPHER R. JOHNSON, CLERK


By:/s/   Teri Gunderson
         Deputy Clerk